UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILDA PATRICIA MANDUJANO, § | | |
| Petitioner, § | | |
| § | | |
| v. § | Civil Action No. 1:19-cv-00068 | |
| § | | |
| ROBERT M. COWAN, *et al.*, § | | |
| Respondent. § | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter the "R&R") (Docket No. 7) in the above-captioned case. The R&R recommended the Court grant "Defendants' Motion to Dismiss" (Docket No. 6), dismiss this civil action without prejudice as moot, and direct the Clerk of the Court to close this case. *See* Docket No. 7. Objections were due August 29, 2019. No objections were filed by either party. After a *de novo* review of the record, the "Magistrate Judge's Report and Recommendation" (Docket No. 7) is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief" (Docket No. 1) be **DISMISSED** without prejudice as moot. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 8th day of October, 2019.

Rolando Olvera
United States District Judge